[No. 13339-0-I. Division One. June 25, 1984.]

THE CITY OF SEATTLE, *Respondent,* v. BECKY BROWN, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 83-1-00359-4, George T. Mattson, J., entered May 25, 1983. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Corbett, A.C.J., and Ringold, J.

[No. 13227-0-I. Division One. June 25, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. PIERRE J. ZAHRADNITZKI, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-1-03698-2, James D. McCutcheon, Jr., J., entered April 26, 1983. *Affirmed* by unpublished opinion per Callow, J., concurred in by Swanson and Ringold, JJ.

[No. 13160-5-I. Division One. June 25, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. MALCOLM EDWARD TAGGART, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-1-03643-5, Robert E. Dixon, J., entered April 29, 1983. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Corbett, A.C.J., and Ringold, J.

[Nos. 12658-0-I; 12659-8-I. Division One. June 25, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. ALBERT DURELL NOHEART, *Appellant.*

Appeals from judgments of the Superior Court for King County, Nos. 82-1-02251-5, 81-1-02952-0, Frank D. Howard, J., entered December 20, 1982. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Durham, C.J., and Corbett, J.